UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

OSWALD WILSON,

                      Plaintiff,

     v.

AMERICAN BROADCASTING CO., INC., et al.,

                      Defendants.

------------------------------------------------------------X

08 CV 1333 (LAP)

**MEMORANDUM**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08

LORETTA A. PRESKA, United States District Judge:

    The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents American Broadcasting Co., Inc. and/or its affiliates.

SO ORDERED:

Dated: New York, New York
         April 18, 2008

*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.

CGRABC