PRISKA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSWALD WILSON,

        Plaintiff,

- against -

AMERICAN BROADCASTING CO., INC., ABC CO., INC., DISNEY ENTERPRISES, INC., THE WALT DISNEY COMPANY, MICHAEL ZDYRKO, CHARLES ZANLUNGHI, WILLIAM TRACY, BRENDAN BURKE, ROBERT SCHLES AND SANDY RAMJATTAN

        Defendants.

1:08-cv-01333-LAP

STIPULATION AND ORDER
DISMISSING CERTAIN
DEFENDANTS WITHOUT
PREJUDICE

WHEREAS, in his Complaint in this action, Plaintiff Oswald Wilson alleges a number of causes of action, all arising out of and relating to his employment;

WHEREAS, Plaintiff is, and at all time relevant has been, employed by Defendant American Broadcasting Companies, Inc.; and

WHEREAS, Plaintiff is not and has not been employed by Defendants ABC Co., Inc., Disney Enterprises, Inc., or The Walt Disney Company.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that Defendants ABC Co., Inc., Disney Enterprises, Inc., and The Walt Disney Company shall be dismissed from this action without prejudice.

Dated: New York, New York
May 7, 2008

STEVENS, HINDS & WHITE P.C.

By: Lennox S. Hinds
116 W. 111 Street
New York, New York 10026
(212) 864-4445
Attorneys for Plaintiff

Dated: May 7, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: Stephen P. Sonnenberg
75 East 55th Street
New York, New York 10022
(212) 318-6000
Attorneys for Defendants

SO ORDERED:

LORETTA A. PRESKA
U.S. District Judge

LEGAL_US_E # 79232034.1