STEPHEN P. SONNENBERG
GENEVIEVE C. NADEAU
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSWALD WILSON,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN BROADCASTING CO., INC., ABC CO, INC., DISNEY ENTERPRISES, INC., THE WALT DISNEY COMPANY, MICHAEL ZDYRKO, CHARLES ZANLUNGHI, WILLIAM TRACY, BRENDAN BURKE, ROBERT SCHLES AND SANDY RAMJATTAN<br><br>Defendants. | 1:08-cv-01333-LAP<br><br>**DISCLOSURE STATEMENT**<br>**(Fed. R. Civ. P. 7.1)** |

Defendant American Broadcasting Companies, Inc. hereby identifies the following parent corporations or publicly held corporations that own 10% or more of its stock: **The Walt Disney Company is the parent company of American Broadcasting Companies, Inc.**

Dated: New York, New York
      May 7, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

   /s/ Stephen P. Sonnenberg
By:   Stephen P. Sonnenberg
       Genevieve C. Nadeau
75 East 55th Street
New York, New York 10022
(212) 318-6000

*Attorneys for Defendants*

TO: Lennox S. Hinds, Esq.
STEVENS, HINDS, & WHITE P.C.
116 W. 111 Street
New York, NY 10026
(212) 864-4445
*Attorneys for Plaintiff*