IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

OSWALD WILSON

        Plaintiff,

-against-

AMERICAN BROADCASTING CO., INC.,
ABC CO, INC., DISNEY ENTERPRISES, INC.,
THE WALT DISNEY COMPANY,
MICHAEL ZDYRKO, CHARLES ZANLUNGHI,
WILLIAM TRACY, BRENDAN BURKE,
ROBERT SCHLES and
SANDY RANJATTAN.

        Defendants

Dkt. No. 08-cv-1333-LAP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08

---

### CONSENT ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Having considered the Consent Motion of Plaintiff for Extension of Time to Respond to Defendants' Motion to Dismiss (the "Motion"), and for good cause shown,

IT IS HEREBY ORDERED that the period of time in which Plaintiff has to respond to Defendants' Motion to Dismiss is extended through and including June 24, 2008;

IT IS FURTHER HEREBY ORDERED that Defendants' reply papers in support of their Motion to Dismiss shall be due on or before July 17, 2008.

SO ORDERED, this 28th day of May, 2008

_Loretta A. Preska_
Judge, United States District Court
Southern District of New York

Prepared and presented by:

**STEVENS, HINDS & WHITE, P.C.**

By:  /s/Lennox S. Hinds
     Lennox S. Hinds (1696574)

     116 West 111 Street
     New York, NY 10026
     (212) 864-4445
     *Counsel for Plaintiff*


Consented to by:

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**

By:  Stephen P. Sonnenberg, Esq.
     Genevieve C. Nadeau, Esq.

     75 East 55 Street
     New York, NY 10022
     (212) 318-6000
     *Counsel for Defendants*